# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# JUDGE RAYMOND P. MOORE

| | |
|---|---|
| Courtroom Deputy: Cathy Pearson<br>Court Reporter: Tammy Hoffschildt | Date: May 26, 2023 |

**CASE NO.    23-cv-00313-RM-KLM**

| Parties | Counsel |
|---|---|
| FOX FACTORY INC., | Arpita Bhattacharyya |
| | Robert McCauley III |
| Plaintiff, | |
| v. | |
| SRAM LLC., | Timothy Byer |
| | Michael Hickey |
| Defendant. | Sarah Milunski |
| | Richard Walsh |

## COURTROOM MINUTES

**PRELIMINARY INJUNCTION HEARING – Closing argument (Video teleconference – VTC); Continued from May 26, 2023**
**Court in session:   2:35 p.m.**

Preliminary remarks made by the Court.

Appearances of counsel by VTC.

2:39 p.m.     Closing argument given by Mr. McCauley and Ms. Bhattacharyya.

3:24 p.m.     Closing argument given by Mr. Walsh.

The Court takes the matter under advisement.

**Court in recess:           4:14 p.m.**
**Hearing concluded.**
**Total in court time:        1:40**