IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-00313-RM-KAS

FOX FACTORY, INC.,

        Plaintiff,

   v.

SRAM, LLC,

        Defendant.

**PLAINTIFF FOX FACTORY'S REQUEST FOR THE COURT TO
SET JURY TRIAL IN JANUARY 2025 AND CERTIFICATE OF COMPLIANCE**

At the claim construction hearing in this case on December 7, 2023, Plaintiff FOX Factory requested that the Court set a trial date in December 2024 or January 2025, noting that dispositive motions are scheduled to be filed in this case on June 6, 2024. Judge Moore stated that Plaintiff FOX Factory should submit a request for jury trial to be scheduled in January 2025. FOX Factory respectfully requests that trial be set to begin within the window of January 13-31, 2025. The parties previously estimated that trial on the two patents-in-suit would take five court days (not including jury selection). Dkt. 17 at PDF p. 8.

Defendant SRAM's counsel were in court on December 7 when Judge Moore stated that FOX should request a trial date in January 2025. On Tuesday, December 12, 2023, FOX emailed SRAM asking SRAM to provide its availability for trial to begin January 13-31, 2025.

1

Counsel met and conferred by phone about the suggested January 2025 trial date today. SRAM did not claim to any have any conflicts in January 2025, but said trial should not be set because SRAM planned to file a motion to stay this action in view of its petitions for *inter partes* review on the two patents-in-suit, even though the Patent Trial and Appeal Board's (PTAB's) due dates for decisions on whether to institute the IPRs are not due until late February ('331 patent) and late May, 2024 ('223 patent).  SRAM filed its motion to stay less than 30 minutes after today's call about the trial date.

SRAM's motion stay pending IPRs is not a reason to delay scheduling trial.  The facts and law are against a stay of this action for a number of reasons, which FOX will explain fully in its opposition to the motion to stay. But preliminarily, a stay is not appropriate in this case because 1) pre-institution stays (i.e., before the PTAB's institution decisions) are rarely granted under the applicable law; 2) this is a competitor vs. competitor litigation and FOX previously filed a request for preliminary injunction; 3) any further delay will prolong the harm to FOX, and 4) SRAM delayed filing its IPR petitions for one year, allowing the case to progress to an advanced stage. And even if this Court later decides to stay this action in view of SRAM's IPRs, the Court can always vacate the trial date at that time, so SRAM's motion to stay is not a reason to delay scheduling trial now.

Accordingly, FOX respectfully requests that a five-day jury trial (not including jury selection) be set to begin within the window of January 13-31, 2025.

Dated:  December 18, 2023         Respectfully submitted,

                            */s/ Robert F. McCauley*
Robert F. McCauley
Arpita Bhattacharyya
Hani Salameh
**FINNEGAN, HENDERSON, FARABOW,**
  **GARRETT & DUNNER, LLP**
3300 Hillview Avenue
Palo Alto, California  94304
Telephone:     (650) 849-6600
Facsimile:     (650) 849-6666
Email: robert.mccauley@finnegan.com
Email: arpita.bhattacharyya@finnegan.com
Email: hani.salameh@finnegan.com

Attorneys for Plaintiff
FOX FACTORY, INC.

## CERTIFICATE OF COMPLIANCE

In accordance with D.C.COLO.LCivR 7.1, counsel for Plaintiff FOX Factory, Inc. met and conferred telephonically with counsel for Defendant SRAM, LLC on December 18, 2023 regarding FOX's request that jury trial be set in January 2025.

                                                    */s/ Robert McCauley*
                                                    Robert McCauley

## CERTIFICATE OF SERVICE

       I hereby certify that on this 18th day of December, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

- Richard B. Walsh, Jr. (rwalsh@lewisrice.com)
- Michael J. Hickey (mhickey@lewisrice.com)
- Sarah A. Milunski (smilunski@lewisrice.com)
- Timothy R. Beyer (tim.beyer@bryancave.com)

                                                    */s/ Robert F. McCauley*
                                                     Robert F. McCauley